No. 88–6982. WILHELM, PERSONAL REPRESENTATIVE OF THE ESTATE OF WILHELM *v.* GRAY, COURT CLERK OF OKLAHOMA

COUNTY. Sup. Ct. Okla. Certiorari denied.